**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM F. DUFFY, *et al.*,** | : | **CIVIL ACTION NO. 1:11-CV-1871** |
| | : | |
| **Plaintiffs** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **THE LARGE ART COMPANY, *et al.*,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 30th day of August, 2012, upon consideration of the motion to dismiss the amended complaint (Doc. 64) filed on August 28, 2012, by defendant Karen Rist ("Mrs. Rist"), and the parties' stipulation (Doc. 67), wherein the parties agree that Mrs. Rist's motion to dismiss (Doc. 64) should be granted and the request for attorney's fees contained therein withdrawn, it is hereby ORDERED that:

1. Mrs. Rist's motion to dismiss (Doc. 64) is GRANTED with prejudice.

2. Mrs. Rist's request for attorney's fees contained within her motion to dismiss is DEEMED withdrawn.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge